EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC CHING 6697
Assistant United States Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email:   Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 03-00038-001 SOM |
|         Plaintiff, ) | APPLICATION FOR WRIT OF |
|         v. ) | CONTINUING GARNISHMENT |
| CHARLENE M. RENTERIA, ) | |
|         Defendant. ) | |
| SCHOFIELD FEDERAL CREDIT UNION, ) | |
|         Garnishee. ) | |

      APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

        The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment in a criminal case entered against the Defendant-Judgment Debtor CHARLENE M.

RENTERIA (hereinafter "Debtor"), social security number XXX-XX-9329, whose last known address is: 98-288 Kaonohi Street #2806, Pearl City, Hawaii 96782, in the above cited action in the amount of $561,750.00.

There is a balance of $560,977.54 that is due and owing as of May 25, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before May 25, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or her authorized agent is:

>    SCHOFIELD FEDERAL CREDIT UNION
>    ATTN: LEGAL DEPARTMENT
>    P.O. Box 860669
>    Wahiawa, Hawaii 96786
>    Telephone No. (808) 624-9884

DATED: <u>May 31, 2006</u>, at Honolulu, Hawaii.

>    EDWARD H. KUBO, JR.
>    United States Attorney
>    District of Hawaii
>
>          /s/ Edric M. Ching
>
>    By_____
>       Edric Ching
>       Assistant U.S. Attorney
>       Attorneys for the Plaintiff