Your Name:
Address: _____

Phone: _____

Defendant-Debtor


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )    Cr. No. 03-00038-001 SOM
                             )
            Plaintiff,       )    REQUEST FOR HEARING FORM
                             )
        v.                   )
                             )
CHARLENE M. RENTERIA,        )
                             )
            Defendant.       )
_____)
                             )
                             )
                             )
SCHOFIELD FEDERAL CREDIT UNION, )
                             )
            Garnishee.       )
_____)


REQUEST FOR HEARING FORM

[  ] I request that the Court hold a hearing in this
     matter.

[  ] I think that the property the Government is taking
     is exempt.  See the attached CLAIM FOR EXEMPTION
     FORM.


Dated: _____    Signature: _____