IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 03-00038-001 SOM |
| Plaintiff, | ANSWER OF THE GARNISHEE FORM |
| v. | |
| CHARLENE M. RENTERIA, | |
| Defendant. | |
| | |
| SCHOFIELD FEDERAL CREDIT UNION, | |
| Garnishee. | |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) ___ Enter the date the above pay period ends. ___

3.  The amount of the Debtor's net wages are:

    (a) Gross Pay      $_____
    (b) Federal income tax      $_____
    (c) F.I.C.A. income tax      $_____
    (d) State income tax      $_____
    (e) Medicare tax      $_____
    (f) _____      $_____
    (g) _____      $_____

Total of tax withholdings      $_____

Net Wages      $_____
(a less total of b,c,d,e,f,g)

4.  Have there been previous garnishments in effect?.
    ___ Yes. ___ No. If the answer is "yes," describe below:
    _____
    _____
    _____

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.  The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

_____
_____
_____
_____
_____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, CHARLENE M. RENTERIA at 98-288 Kaonohi Street #2806, Pearl City, Hawaii 96782.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: Edric Ching, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on _____.

                                      _____
                                                        Garnishee