IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,    )<br>  )<br>     v.    )<br>  )<br>CHARLENE M. RENTERIA,    )<br>  )<br>  )<br>       Defendant.    )<br>_____)<br>  )<br>  )<br>  )<br>SCHOFIELD FEDERAL CREDIT UNION, )<br>  )<br>  )<br>       Garnishee.    )<br>_____) | Cr. No. 03-00038-001 SOM<br><br>ANSWER OF THE<br>GARNISHEE FORM<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>JUN 0 9 2006<br><br>at __1__ o'clock and __3/___ min __P__ M<br>SUE BEITIA, CLERK |

<u>ANSWER OF THE GARNISHEE FORM</u>

I, __Larry S. Chun_____, state that:

I am the (State Official Title) __President_____ of Garnishee, __Schofield FCU_____ a corporation, organized under the laws of the State of __Hawaii_____.

On __June 5, 2006_____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

   1.   The Garnishee has custody, control or possession of earnings because the Debtor ~~is or~~ was in my/our employ. ___ Yes. _X_ No.

   2.   The Debtor's pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) _____
        Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

(a) Gross Pay                          $_____
(b) Federal income tax                 $_____
(c) F.I.C.A. income tax                $_____
(d) State income tax                   $_____
(e) Medicare tax                       $_____
(f) _____             $_____
(g) _____             $_____

Total of tax withholdings              $_____

Net Wages                              $_____
(a less total of b,c,d,e,f,g)

4. Have there been previous garnishments in effect?.
___ Yes.  ___ No.  If the answer is "yes," describe below:
_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Share Acct | 1950.11 | |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ N/A | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

2

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

    N/A

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

    N/A

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

    N/A

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, CHARLENE M. RENTERIA at 98-288 Kaonohi Street #2806, Pearl City, Hawaii 96782.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: Edric Ching, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 8, 2006                              .

_____
/Garnishee