EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC CHING 6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 03-00038-001 SOM |
| Plaintiff, | GARNISHEE ORDER |
| v. | |
| CHARLENE M. RENTERIA, | |
| Defendant. | |
| SCHOFIELD FEDERAL CREDIT UNION, | |
| Garnishee. | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 9, 2006, stating that at the time of the service of the Writ it had in its custody, control or possession, property in which the Defendant-Judgment Debtor has a substantial

nonexempt interest, to wit:  a share account with a value of $1,950.11 belonging to and due Debtor CHARLENE M. RENTERIA (hereinafter referred to as "Debtor").

On or about <u>June 12, 2006</u>, the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Instructions to the Garnishee, Answer of the Garnishee Form, Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant Judgment Debtor, Request for Hearing Form, Notice to Defendant-Judgment Debtor on how to Claim Exemptions, and Claim for Exemption Form were sent via certified mail to the Debtor.  Debtor did not request a hearing within the time allowed by 28 U.S.C. §3202(d).

On or about <u>June 8, 2006</u>, the Garnishee represented to the Plaintiff that a copy of the Answer of the Garnishee Form was delivered or mailed to the Debtor.  Debtor did not request a hearing within the time allowed by 28 U.S.C. §3205(c)(5).

IT IS ORDERED that Garnishee pay $1,950.11 to the United States until the Garnishee no longer has custody, possession or control of any property belonging to the Debtor or until further Order of this Court.

IT IS FURTHER ORDERED that the Garnishee make the checks payable to the CLERK, U.S. DISTRICT COURT and mail the checks to the following address:

>Clerk, U.S. District Court
>Room C-338, U.S. Courthouse
>300 Ala Moana Boulevard
>Honolulu, Hawaii 96850

DATED: July 17, 2006, at Honolulu, Hawaii.



_____
Susan Oki Mollway
United States District Judge


USA vs. CHARLENE M. RENTERIA
Cr. No. 03-00038-001 SOM
GARNISHEE ORDER