**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 0 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 03-00038SOM-01 |
| ) | |
| CHARLENE M. RENTERIA ) | |
| ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that she be permitted to leave the jurisdiction of the United States and travel to Nepal and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 9/17/2007 through on or about 10/1/2007.

Dated: 6/18/2007 at Honolulu, Hawaii.

SUSAN OKI MOLLWAY
U.S. District Judge